**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------x
                                          :
UNITED STATES OF AMERICA                  :
                                          :
        -against-                         :        ORDER
                                          :
                                          :        10 CR 391-068 (CM)
                                          :        _____
    David Jacklyn                         :            Docket #
------------------------------------------x
```

__McMahon_____, **DISTRICT JUDGE**:
　　　Judge's Name

The C.J.A. attorney assigned to receive cases on this day, __Florian Miedel_____ is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC __March 17, 2021__.

**SO ORDERED**.

　　　　　　　　　　　　　　　　__Colleen McMahon_____
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

**Dated:   New York, New York**
　　　　　　4/12/21